AO 450 (Rev. 01/09)  Judgment in a Civil Action

**FILED**

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

*FEB 06 2019*

*CLERK, U.S. DISTRICT COURT*
*WESTERN DISTRICT OF TEXAS*
*BY _____*
*DEPUTY CLERK*

|  |  |
|---|---|
| WAYNE FRANKLIN | ) |
| *Plaintiff* | ) |
| v. | ) |
| UNION PACIFIC RAILROAD COMPANY | ) |
| *Defendant* | ) |

Civil Action No.   SA: 17cv20-RCL

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____

☑  other:    Defendant made on Offer of Judgment on January 11, 2019 and Plaintiff filed his
Acceptance of the Offer of Judgment on January 15, 2019. (Doc. No. 30). Accordingly, the Clerk
is directed to enter judgment in favor of Plaintiff in the amount of $75,000

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Royce C. Lamberth

Date: _____ 02/06/2019 _____

*CLERK OF COURT*

_____ , Amy Jackson
*Signature of Clerk or Deputy Clerk*